IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONALD ZIMMERMAN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:15-CV-628-LY |
| | § | |
| CITY OF AUSTIN, | § | |
|     DEFENDANT. | § | |

## ORDER

Before the court is the above styled and numbered cause. On September 23, 2015, the court conducted a conference at which all parties were represented by counsel. Having considered the discussion at the conference and the case file, the court renders the following:

**IT IS HEREBY ORDERED** that the above styled and numbered cause is set for a Bench Trial on **Monday, December 14, 2015, at 9:00 a.m.** in Courtroom No. 7, on the Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

**IT IS FURTHER ORDERED** that parties are to provide the court with an agreed Scheduling Order **on or before September 30, 2015.**

**SIGNED** this 24th day of September, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE