IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONALD ZIMMERMAN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:15-CV-628-LY |
| | § | |
| CITY OF AUSTIN, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court rendered Findings of Fact and Conclusions of Law, by which the court concluded that Article III, Sections 8(F)(2) and (3) of the Austin City Charter are unconstitutional. Accordingly,

**IT IS ORDERED** that the City of Austin is **PERMANENTLY ENJOINED AND RESTRAINED** from enforcing Article III, Sections 8(F)(2) and (3) of the Charter of the City of Austin, Texas.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _20th_ day of July, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE