IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONALD ZIMMERMAN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:15-CV-628-LY |
| | § | |
| CITY OF AUSTIN, TEXAS, | § | |
| DEFENDANT. | § | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause is **SET** for a Telephone Conference on **Thursday, February 11, 2021, at 10:00 a.m.**, **Austin Time**. The parties are to call the court's telephone conference line at (877) 873-8017; Access Code: 7996289. Please contact Chambers at (512) 916-5756 if you have any questions.

SIGNED this 5th day of February, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE